IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DAVID CACERES PEREZ
       DEBTOR(S)

CASE NUM.: 11-06808 ESL

CHAPTER 13 (ASSET CASE)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

   **COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

   1. The undersigned attorney hereby a certificate that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 9/14/2011.**

   **WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

   In San Juan, Puerto Rico, this 14th, day of September 2011.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                           Case No. **11-06808-13**

**CACERES PEREZ, DAVID**                                                          Chapter **13**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                                              ☑ AMENDED PLAN DATED: **9/14/2011**
☐ PRE  ☐ POST-CONFIRMATION                                       Filed by: ☑ Debtor  ☐ Trustee  ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **60** = $ **15,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **15,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **15,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,845.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____         Cr. _____         Cr. _____
# _____           # _____           # _____
$ _____           $ _____           $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ**  Cr. _____    Cr. _____
# **0828**          # _____          # _____
$ **6,676.16**      $ _____          $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____         Cr. _____         Cr. _____
# _____           # _____           # _____
$ _____           $ _____           $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies  ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____         Cr. _____         Cr. _____
# _____           # _____           # _____
$ _____           $ _____           $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Signed:
Debtor
Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**                         Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **CACERES PEREZ, DAVID**      Case No. **11-06808-13**

Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| Executory Contracts - Assumed: | **CINDY CONDE YAME** | | |

IN RE CACERES PEREZ, DAVID                                                                Case No. **11-06808-13**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 2 of 2

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

ANY POST PETITION INCOME TAX REFUND THAT DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE BE USED TO FUND THIS PLAN.  AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUND.

ADEQUATE PROTECTION PAYMENT TO BBVA  UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO BBVA  THROUGH  EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF 500.00 DISBURSEMENT TO EASTERN AMERICA INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON DECEMBER 2011

DEBTOR CONSENT TO LIFT OF STAY IN FAVOR OF FIRST BANK IN REGARDS WITH THE MORTGAGE LOAN THAT ENDS IN 9804 AND LIFT OF STAY IN REGARDS WITH SOLVE IN FAVOR OF CRIM.

DEBTOR MAINTAINS REGULAR DSO PAYMENTS DIRECTLY TO MIGDALIA REYES MEDINA.

DEBTOR MAINTAINS REGULAR DSO PAYMENTS DIRECTLY TO JENNIFER MORALES HUERTAS.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-06808-ESL13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-06808-ESL13 Notice will not be electronically mailed to:**

ASUME
PO BOX 70376
SAN JUAN, PR   00936

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR   00902-0192

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR   00936

FIRST BANK
PO BOX 13817
SAN JUAN, PR   00908-3817

CITIFINANCIAL
PO BOX 71587
SAN JUAN, PR   00936

TOYOTA FINANCIAL SERVICES
PO BOX 71410
SAN JUAN, PR   00936-8510

CITIFINANCIAL
PO BOX 70919
CHARLOTTE, NC   28272-0919

CLARO
PO BOX 71535
SAN JUAN, PR   00936-8635

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR   00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR   00918

DEPT DE TRANSPORTACION Y OBRAS PUBLICAS
CENTRO GUBERNAMENTAL MINILLAS EDIF.
SUR, PISO 17 AVE. DE DIEGO
SANTURCE, PR   00940