IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: DAVID CACERES PEREZ

Bkrtcy. No. 11-06808-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Aug 12, 2011 | Meeting Date: Sep 21, 2011 | DC Track No. 13 |
| Days from petition date: 40 | Meeting Time: 11:00 AM | |
| 910 Days before Petition: 2/13/2009 | ☐ Chapter 13 Plan Date: Sep 14, 2011 Dkt.#11 | ☐ Amended. |
| This is debtor(s) 1st Bankruptcy petition. | Plan Base: $15,000.00 | |
| This is the 1 Scheduled Meeting | Confirmation Hearing Date: Nov 02, 2011 | Time: 2:00 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. / Date / Amount | Total Paid In: $250.00 ✓ |

**I. Appearances:** ☐ Telephone ☐ Video Conference     ☐ Creditor(s) present: ☒ None.
☒ Debtor Present   ☒ ID & Soc. OK   ☐ Debtor Absent
☐ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent
Debtor(s) was/were   ☒ Examined   ☐ Not Examined under oath.
Attorney for Debtor(s)   ☒ Present   ☐ Not Present
☐ Substitute attorney: Ada Henriquez, Esq.   ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: MARILYN VALDES ORTEGA*
Total Agreed: $3,000.00   Paid Pre-Petition: $155.00   Outstanding: $2,845.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss:   ☐ For Failure to appear;   ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are)   ☐ Under   ☒ Above Median Income.   Liquidation Value: $800
Commitment Period is   ☐ 36   ☒ 60 months.   [§1325(b)(1)(B)] Gen. Unsecured Pool: 0

8.90% The Trustee   ☐ RECOMMENDS   ☒ OBJECTS   Plan confirmation.
§341 Meeting   ☐ CONTINUED   ☐ NOT HELD   ☒ CLOSED   ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
☒ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

Submit evidence of DSO post petition payment up to confirmation.

Debtor has only pre petition arrears of the DSO obligation with Ms. Jennifer Morales. Debtor has two DSO.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 2

Date: Sep 21, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

Plan fails to provide for secured creditor, Toyota Credit. (Claim 1)

_____
Trustee / Presiding Officer        Page 2 of 2        Date: _____