UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
DAVID CACERES PEREZ

CASE NO. 11-06808-ESL

CHAPTER 13

DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**   Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$8.00**   R2016 STM. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,845.00    Fees paid: $0.00    Fees Outstanding: $2,845.00**

With respect to the proposed (amended) Plan dated: **October 21, 2011** (Dkt 14). Plan Base: **15,000.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Feasibility: Default in Post Petition DSO payments. [§1325(a)(8)]
   Debtor must submit evidence of being current with his Domestic Support Obligation payments.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this October 24, 2011.

/s/ Alexandra Rodriguez -Staff Attorney

_____
JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902-3884
Tel. (787) 977-3535  Fax (787) 977-3550

ARD