IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DAVID CACERES PEREZ
DEBTOR(S)

CASE NUM.: 11-06808 ESL

CHAPTER 13 (ASSET CASE)

**DEBTOR'S REPLY TO ASUME MOTION OBJECTING
THE CONFIRMATION OF THE PLAN**

**TO THE HONORABLE COURT:**

COMES now Debtor(s) represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. The creditor ASUME objects the confirmation of the plan dated October 21th, 2011, which proposes for the pre-petition arrears in favor of ASUME, the objection is made untimely after the time to object a confirmation elapsed pursuant Rule 3015 of the Bankruptcy Code.

2. ASUME objects the confirmation based on debtor's failure to pay his domestic support obligation post-petition for the month of October 2011.

3. The instant case bankruptcy petition was filed on August 2011 including pre-petition arrears up to the month of August 2011.

4. Debtor is current in his domestic support payment which is $25.00 dollars weekly. Please find enclose evidence of the

payments of September and October as well as the first week of November.

5. Based on the abovementioned, it is debtor's contention that ASUME's motion Objecting the Confirmation of the Plan turns into a moot one.

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the present Motion, therefore deny ASUME's Motion Objecting the Confirmation of the Plan.

In San Juan, Puerto Rico, this 1st, day of November 2011.

**RESPECTFULLY SUBMITTED.**

*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

# BANCO POPULAR

```
        017              Parada 15
   Date: 10/25/2011   Time: 11:39 am
        Teller ID:  15
```

| Trans. / Sequence | Trans. Description / Account Number | Amount |
|---|---|---|
| 432 | Cash From Client | $225.00 |
| | ASUME OCR Payment<br>0321535000014152205<br>Paid Amount | $25.00 |
| 433 | ASUME OCR Payment<br>0321535000014152205<br>Paid Amount | $25.00 |
| 434 | ASUME OCR Payment<br>0321535000014152205<br>Paid Amount | $25.00 |
| 435 | ASUME OCR Payment<br>0321535000014152205<br>Paid Amount | $25.00 |
| 436 | ASUME OCR Payment<br>0321535000014152205<br>Paid Amount | $25.00 |
| 437 | ASUME OCR Payment<br>0321535000014152205<br>Paid Amount | $25.00 |
| 438 | ASUME OCR Payment<br>0321535000014152205<br>Paid Amount | $25.00 |
| 439 | ASUME OCR Payment<br>0321535000014152205<br>Paid Amount | $25.00 |
| 440 | ASUME OCR Payment<br>0321535000014152205<br>Paid Amount | $25.00 |

Este recibo es el comprobante de sus transacciones. Consérvelo para reconciliar su estado de cuenta, para alguna reclamación o devoluciones de Especiales Musicales.
- Gracias por permitirnos Servirle !

 

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-06808-ESL13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor
valdeslaw@prtc.net

**I HEREBY CERTIFY**: That I have mailed by regular mail to all creditors listed.

**11-06808-ESL13 Notice will not be electronically mailed to:**

ASUME
PO BOX 70376
SAN JUAN, PR   00936

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR   00902-0192

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR   00936

FIRST BANK
PO BOX 13817
SAN JUAN, PR   00908-3817

CITIFINANCIAL
PO BOX 71587
SAN JUAN, PR   00936

TOYOTA FINANCIAL SERVICES
PO BOX 71410
SAN JUAN, PR   00936-8510

CITIFINANCIAL
PO BOX 70919
CHARLOTTE, NC   28272-0919

CLARO
PO BOX 71535
SAN JUAN, PR   00936-8635

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR   00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR   00918

DEPT DE TRANSPORTACION Y OBRAS PUBLICAS
CENTRO GUBERNAMENTAL MINILLAS EDIF.
SUR, PISO 17 AVE. DE DIEGO
SANTURCE, PR   00940