# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

DAVID CACERES PEREZ

DEBTOR   CASE NO. 11-6808
         CHAPTER 13

**WITHDRAW TO OBJECTION TO CONFIRMATION**

**TO THE HONORABLE COURT:**

COMES NOW, THE CHILD SUPPORT ADMINISTRATION (hereinafter ASUME), a party with interest in this case, through the undersigning attorney and hereby respectfully STATES and PRAYS:

1. Debtor proposed an amended plan dated September 14, 2011. **(Docket 11)**

2. On October 31, 2011, ASUME filed "Objection to Confirmation" due to Debtor's failure to pay current payments of child support in post-petition arrears. **(Docket 16)**

3. Debtor evidence a direct payment made by check to Ms. Jennifer Morales for child support in the amount of $100.00 on August 26, 2011. In consequence debtor cleared payments with Administration and at present is current with DSO obligations until October 31, 2011.

**RESPECTFULLY SUBMITTED**

**WHEREFORE** movant respectfully prays that this motion be granted, accepted the withdraw of objection to the confirmation.

CERTIFY: That on this same date I electronically filed the foregoing with the clerk of the court, using CM/ECF system which will send notification of such filing to all attorneys of record.

In Ponce, Puerto Rico this November 1, 2011

**IVELISSE TORO ZAMBRANA**
**Federal Bar no. 214513**

**Attorney for creditor ASUME**

**Postal PO Box 7719**
**Ponce, Puerto Rico 00732**
**Tel. 787-844-5770**
**Fax 787-842-4664**
**Email torolawoffice@gmail.com**
**S/ IVELISSE TORO ZAMBRANA**