IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DAVID CACERES PEREZ
        DEBTORS

CASE NUM.: 11-06808 ESL

CHAPTER 13 (ASSET CASE)

MOTION REQUESTING TO BE EXCUSED FROM CONFIRMATION
HEARING OF NOVEMBER 2ND, 2011 AND REQUEST
APPEAR BY TELEPHONE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. On November 2nd, 2011, the confirmation hearing is to be held.

2. The undersigned wishes to request to be excused from the hearing due to personal issues and if necessary to appear via telephone at 787-671-4868.

**WHEREFORE**, it is respectfully requested from this Honorable Court to grant the present motion with any other remedy it may deem necessary.

In San Juan, Puerto Rico, this 2nd, day of November 2011.

**RESPECTFULLY SUBMITTED.**

*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net



**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-06808-ESL13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor
valdeslaw@prtc.net

**I HEREBY CERTIFY**: That I have mailed by regular mail to all creditors listed.

**11-06808-ESL13 Notice will not be electronically mailed to:**

ASUME
PO BOX 70376
SAN JUAN, PR  00936

BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR  00936

CITIFINANCIAL
PO BOX 71587
SAN JUAN, PR  00936

CITIFINANCIAL
PO BOX 70919
CHARLOTTE, NC  28272-0919

CLARO
PO BOX 71535
SAN JUAN, PR  00936-8635

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR  00918

DEPT DE TRANSPORTACION Y OBRAS PUBLICAS
CENTRO GUBERNAMENTAL MINILLAS EDIF.
SUR, PISO 17 AVE. DE DIEGO
SANTURCE, PR  00940

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

FIRST BANK
PO BOX 13817
SAN JUAN, PR  00908-3817

TOYOTA FINANCIAL SERVICES
PO BOX 71410
SAN JUAN, PR  00936-8510